ACCEPTED
14-14-01025-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/24/2015 10:24:34 AM
CHRISTOPHER PRINE
CLERK

| | |
|---|---|
| Appellate Docket Number: | 14-14-01025-CR |
| Appellate Case Style: Style: | Carlos Gallegos-Piedra |
| Vs. | State of Texas |

| | |
|---|---|
| Companion Case: | 14-14-01026-CR |
| Companion Case: | 14-14-01027-CR |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

2/24/2015 10:24:34 AM

CHRISTOPHER A. PRINE
Clerk

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court: 14th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| | ☒ Lead Attorney |
| First Name: Carlos | First Name: Joseph |
| Middle Name: | Middle Name: Kyle |
| Last Name: Gallegos-Piedra | Last Name: Verret |
| Suffix: | Suffix: |
| Appellant Incarcerated? ☒ Yes ☐ No | ☒ Appointed   ☐ District/County Attorney |
| Amount of Bond: | ☐ Retained   ☐ Public Defender |
| Pro Se: ◯ | Firm Name: The Law Office of Kyle Verret |
| | Address 1: 11200 Broadway, Suite 2743 |
| | Address 2: |
| | City: Pearland |
| | State: Texas   Zip+4: 77584 |
| | Telephone: 281-764-7071   ext. |
| | Fax: 281-764-7071 |
| | Email: kyle@verretlaw.com |
| | SBN: 24042932 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| First Name: | ☒ Lead Attorney |
| Middle Name: | First Name: Jeri |
| Last Name: The State of Texas | Middle Name: |
| Suffix: | Last Name: Yenne |
| Appellee Incarcerated? ☐ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed ☒ District/County Attorney |
| Pro Se: ◯ | ☐ Retained ☐ Public Defender |
| | Firm Name: Brazoria County Criminal District Attonery |
| | Address 1: 111 East Locust |
| | Address 2: Suite 408A |
| | City: Angleton |
| | State: Texas Zip+4: 77515 |
| | Telephone: 979-864-1230 ext. |
| | Fax: 979-864-1525 |
| | Email: |
| | SBN: 04240950     Add Another Appellee/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| First Name: | ☐ Lead Attorney |
| Middle Name: | First Name: David |
| Last Name: The State of Texas | Middle Name: |
| Suffix: | Last Name: Bosserman |
| Appellee Incarcerated? ☐ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed ☒ District/County Attorney |
| Pro Se: ◯ | ☐ Retained ☐ Public Defender |
| | Firm Name: Brazoria County Criminal District Attorney |
| | Address 1: 111 East Locust |
| | Address 2: Suite 408A |
| | City: Angleton |
| | State: Texas Zip+4: 77515 |
| | Telephone: 979-864-1230 ext. |
| | Fax: 979-864-1525 |
| | Email: davidb@brazoria-county.com |
| | SBN: 02679520     Add Another Appellee/ Attorney |

## V. Perfection Of Appeal, Judgment And Sentencing

| | |
|---|---|
| Nature of Case (Subject matter or type of case): Intoxication Offenses | Was the trial by: ☒ jury or ☐ non-jury? |
| | Date notice of appeal filed in trial court: January 6, 2015 |
| Type of Judgment: Final Judgment | If mailed to the trial court clerk, also give the date mailed : |
| Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: 12/31/2014 | |
| Offense charged: DWI 3rd or more | Punishment assessed: 10 Years Institutional Division TDCJ |
| Date of offense: April 12, 2014 | Is the appeal from a pre-trial order? ☐ Yes ☒ No |

| Defendant's plea: Not Guilty | Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance? |
|---|---|
| If guilty, does defendant have the trial court's certificate to appeal?<br><br>☒ Yes ☐ No | ☐ Yes ☒ No |

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No   If yes, date filed: 

Motion in Arrest of Judgment: ☐ Yes ☒ No   If yes, date filed: 

Other: ☐ Yes ☒ No   If yes, date filed: 

If other, please specify: 

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA   If yes, date filed: 

Date of hearing:  ☐ NA

Date of order:  ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA   If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 412th District Court

County: Brazoria

Trial Court Docket Number (Cause no): 73552

Trial Court Judge (who tried or disposed of the case):

First Name: William

Middle Name: Edwin

Last Name: Denman

Suffix:

Address 1: 111 East Locust

Address 2: Room 201

City: Angleton

State: Texas          Zip + 4: 77515

Telephone: 979-864-1915          ext.

Fax: 979-864-1918

Email:

Clerk's Record:

Trial Court Clerk: ☒ District    ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested:

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☐ Yes ☒ No

If yes, date requested:

Were payment arrangements made with the court reporter/court recorder?    ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter              ☐ Court Recorder
☐ Official                    ☐ Substitute

First Name: Jill

Middle Name:

Last Name: Friedrichs

Suffix:

Address 1: 111 East Locust

Address 2: Room 201

City: Angleton

State: Texas          Zip + 4: 77515

Telephone: 979-864-1917          ext.

Fax: 979-864-1918

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [                    ]     Court: [                    ]

Style: [                                        ]

     Vs.    State of Texas

## X. Signature

_____
Signature of counsel (or Pro Se Party)         Date: February 24, 2015

_____         State Bar No: 24042932
Printed Name:

Electronic Signature: J. Kyle Verret         Name: Joseph Kyle Verret
    (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on February 24, 2015 .

_____
Signature of counsel (or pro se party)         Electronic Signature: J. Kyle Verret
         (Optional)

         State Bar No.: 24042932

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:
    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: February 24, 2015

Manner Served: eServe

First Name: David

Middle Name:

Last Name: Bosserman

Suffix:

Law Firm Name: Brazoria County District Attorney's Office

Address 1: 111 East Locust

Address 2: Suite 408A

City: Angleton

State Texas                Zip+4: 77515

Telephone: 979-864-1230      ext.

Fax: 979-864-1525

Email: davidb@brazoria-county.com